UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Electronically Filed

7-ELEVEN, INC.,

                Plaintiff,

- against –

KARAMJEET SODHI,

                Defendant.

Civil Action No.: 2:11-cv-06789(DMC)(MF)

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

NOTICE IS HEREBY GIVEN that, pursuant to Federal Rule of Civil Procedure 41(a)(1), plaintiff 7-Eleven, Inc. voluntary dismisses this action in its entirety without prejudice.

Dated: March 14, 2012

                                      LEBENSFELD BORKER SUSSMAN & SHARON LLP

                                      By: _____
                                             Stephen Sussman (SS 1072)
                                      140 Broad Street
                                      Red Bank, New Jersey 07701
                                      Tel: (732) 530-4600
                                      steve.sussman@lbands.com

                                      *Attorneys for Plaintiff*