**CLOSED**

| | |
|---|---|
| **7-ELEVEN, INC.,** : | **UNITED STATES DISTRICT COURT** |
| : | **DISTRICT OF NEW JERSEY** |
| **Plaintiff(s)** : | |
| : | **Hon. Dennis M. Cavanaugh** |
| vs. : | **Civil Action No. 11cv6789 (DMC)(MF)** |
| : | |
| **KARAMJEET SODHI,** : | **VOLUNTARY DISMISSAL ORDER** |
| : | |
| **Defendant(s).** : | |
| : | |

The Court having been advised by the attorneys for the Plaintiff that they wish to discontinue the above entitled matter;

**It is on this 19th day of March, 2012**

**ORDERED THAT** the Complaint filed herein be and is hereby dismissed without prejudice as to all Defendants, and without costs to any party.

      S/ Dennis M. Cavanaugh
      **DENNIS M. CAVANAUGH**
      **United States District Judge**

Orig: Clerk of the Court
cc: Hon. Mark Falk, U.S.M.J.
     All Parties
     File